UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION


KIMBERLY EDWARDS                                              PLAINTIFF

VS.                                CIVIL ACTION NO. 3:17CV980TSL-RHW

GOODMAN-PICKENS ELEMENTARY SCHOOL                             DEFENDANT

## ORDER

This cause is before the court on the report and recommendation of Magistrate Judge Robert H. Walker entered on March 1, 2018, recommending that plaintiff's second motion to proceed in forma pauperis be granted and that, pursuant to 28 U.S.C. § 1915A(b), her complaint be sua sponte dismissed without prejudice for lack of subject matter jurisdiction. Plaintiff Kimberly Edwards has not filed objections and the time for doing so has since expired. Having reviewed the report and recommendation, the court concludes that the magistrate judge's report and recommendation is well taken and will adopted as the opinion of the court.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate Judge Robert H. Walker be, and the same is hereby, adopted as the findings of the court. It follows then that plaintiff's second motion to proceed in forma

pauperis is granted[1] and that her complaint will be dismissed without prejudice.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 20th day of March, 2018.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's first motion to proceed in forma pauperis is denied as moot.