```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF MISSISSIPPI
                          NORTHERN DIVISION


KIMBERLY EDWARDS                                          PLAINTIFF

VS.                              CIVIL ACTION NO. 3:17CV980TSL-RHW

GOODMAN-PICKENS ELEMENTARY SCHOOL                         DEFENDANT
```

## JUDGMENT

In accordance with the order entered this day, the court finds that complaint is dismissed without prejudice.

THEREFORE, IT IS ORDERED AND ADJUDGED that plaintiff's complaint is dismissed without prejudice.

SO ORDERED this 20th day of March, 2018.


/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE